# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA 19-041M-1 | Date | February 4, 2019 |
| Title | In re Material Witness Linping Huang | | |

Present: The Honorable   Autumn D. Spaeth

| Kristee Hopkins | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**   (In Chambers) Order re: Permanent Detention

The Court has granted a motion to designate the above-named individual as a material witness pursuant to 18 U.S.C. § 3144. The Court conducted a detention hearing in this matter on the government's motion pursuant to 18 U.S.C. §§ 3142(f)(2) and 3144. The Court finds that by a preponderance of the evidence that no condition or combination of conditions of release will reasonably assure the material witness's appearance as required. The Court's reasons for detention include the following: the nature of the allegations in the present case, the weight of the evidence, family and economic ties to a foreign country, lack of stable residence or employment, lack of legal status in the U.S., material witness is subject to deportation or removal, unverified background, and lack of bond resources.

The material witness is remanded to the custody of the U.S. Marshals Service pending further proceedings.

Initials of Preparer